UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DORRIT MATSON,

                                                Plaintiff,        **NOTICE OF MOTION TO DISMISS THE COMPLAINT**

                -against-

BOARD OF EDUCATION OF THE CITY SCHOOL     08 Civ. 7232 (PAC)
DISTRICT OF THE CITY OF NEW YORK, THE CITY
OF NEW YORK and RICHARD J. CONDON,

                                                Defendants.

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the declaration of Assistant Corporation Counsel Christopher A. Seacord, dated January 16, 2009, and the exhibit annexed thereto, the memorandum of law in support of defendants' motion to dismiss the complaint, dated January 16, 2009, and all other pleadings and proceedings heretofore had herein, defendants will move this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint against defendants for failure to state a claim upon which relief can be granted.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's order dated December 11, 2008, answering papers, if any, must be served on the undersigned by February 20, 2009, and that replies, if any, must be served by February 27, 2009.

Dated:   New York, New York
         January 16, 2009

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                               City of New York
                            Attorney for Defendants
                            100 Church Street, Room 2-138
                            New York, New York 10007
                            (212) 788-0866
                            cseacord@law.nyc.gov

                          By:           /s/
                              Christopher A. Seacord (CS 0821)
                              Assistant Corporation Counsel

TO:   Barry D. Haberman, Esq. (By ECF)
      Attorney for Plaintiff
      254 South Main Street, #401
      New City, New York 10956
      (845) 638-4294

Docket No. 08 Civ. 7232 (PAC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| DORRIT MATSON,<br><br>                                        Plaintiff,<br><br>                       -against-<br><br>BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, THE CITY OF NEW YORK and RICHARD J. CONDON,<br><br>                                        Defendants. |
| **NOTICE OF MOTION TO DISMISS THE COMPLAINT AND SEACORD DECLARATION IN SUPPORT WITH EXHIBIT** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>  *Attorney for Defendants*<br>  *100 Church Street, Room 2-138*<br>  *New York, N.Y.  10007*<br><br>  *Of Counsel:  Christopher A. Seacord*<br>  *Tel:  (212) 788-0866*<br>  *Matter No. 2008-029858* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ........................................................., 200*<br><br>*................................................................................ Esq.*<br><br>*Attorney for ........................................................................* |